No. 259. REEVES, COMMISSIONER OF REVENUE OF KENTUCKY, *v.* WILLIAMSON, TRUSTEE.

October 19, 1942. *Per Curiam:* The appeal is dismissed for the want of jurisdiction. § 240 (b), Judicial Code, as amended, 28 U. S. C., § 347 (b); *Memphis Gas Co.* v. *Beeler,* 315 U. S. 649, 650–51. The petition for writ of certiorari is denied. *Messrs. M. B. Holifield* and *H. Appleton Federa* for appellant. *Mr. Ben Williamson* for appellee.

No. —. HOLWIG *v.* HIATT;
No. —. HUMES *v.* BLAIR, JUDGE;
No. —. EX PARTE FRANK S. FOWLER; and
No. —. EX PARTE THOMAS M. WOFFORD. October 19, 1942. Applications denied.

No. —. FLYNN *v.* HUDSPETH, WARDEN. October 19, 1942. The motion for review is denied.

No. —. EX PARTE PEDRO E. SANCHEZ TAPIA. October 19, 1942. The application for allowance of an appeal is denied.